# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IRLANDA GRACA | § |
| | §  Civil Action No. 4:19-CV-920 |
| v. | §  (Judge Mazzant/Judge Nowak) |
| | § |
| FIRST NATIONAL BANK OF TRENTON | § |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 18, 2020, the report of the Magistrate Judge (Dkt. #29) was entered containing proposed findings of fact and recommendations that First National Bank of Trenton's Motion for Default Judgment Against Plaintiff Irlanda Graca and Cross-Defendant Robinson Cabrera (Dkt. #17) be granted in part and denied in part. First National withdrew the Motion for Default Judgment as to Graca; the Magistrate Judge recommended First National Bank be awarded a judgment against Cabrera.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that First National Bank of Trenton's Motion for Default Judgment Against Plaintiff Irlanda Graca and Cross-Defendant Robinson Cabrera (Dkt. #17) is **GRANTED IN PART** and **DENIED IN PART**. A default judgment shall be entered for First National Bank of Trenton as to Robinson Cabrera.

It is further **ORDERED** that First National Bank of Trenton's request for attorneys' fees from Robinson Cabrera is **GRANTED**.  First National shall file any application for attorneys' fees alongside supporting documentation within fourteen (14) days.

**IT IS SO ORDERED**.

**SIGNED this 9th day of December, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE