# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IRLANDA GRACA § | |
| § | Civil Action No. 4:19-CV-920 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| FIRST NATIONAL BANK OF TRENTON § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 19, 2021, the report of the Magistrate Judge (Dkt. #35) was entered containing proposed findings of fact and recommendations that Defendant First National Bank of Trenton's Motion for Attorney's Fees (Dkt. #34) be granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant First National Bank of Trenton's Motion for Attorney's Fees (Dkt. #34) is hereby **GRANTED IN PART** and **DENIED IN PART**.  Defendant is awarded $7,504.00 in attorneys' fees and $531.00 in costs, which amount shall be recovered by Defendant solely as a further obligation owed under the Note and Deed of Trust.

**IT IS SO ORDERED**.

SIGNED this 7th day of April, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE